IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BERNARD L SHAW,

    Plaintiff,

v.                                                         CASE NO. 1:06-cv-00090-MP-AK

DR. FRAKER,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 8, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the Middle District of Florida. The time for filing objections has passed and none have been filed. The Court agrees that because the incidents in the case took place in Lake Butler, this case is better brought in the Middle District. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The Clerk is directed to transfer this case to the Middle District of Florida.

**DONE AND ORDERED** this *13th* day of October, 2006

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge